UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR. <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | No. 2:21-cv-00141-TLN-CKD <br><br><br> **ORDER** |

Plaintiff Shannon O. Murphy, Sr. ("Plaintiff") is an individual proceeding *pro se* in the instant action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2021, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiff has not filed timely objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

///

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 12, 2021 (ECF No. 4), are ADOPTED IN FULL;
2. This action is DISMISSED for lack of subject matter jurisdiction, failure to state a claim and failure to prosecute, *see* Fed. R. Civ. P. 41(b); and
3. The Clerk's office is directed to close this case.

IT IS SO ORDERED.

DATE: July 7, 2021

_____
Troy L. Nunley
United States District Judge